PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:05CR00032-01** |
| | ) | |
| **Michelle J. Jacinto** | ) | |
| | ) | |

On June 15, 2005, the above-named was placed on Supervised Release for a period of 3 years.  Ms. Jacinto has complied with the rules and regulations of supervision with the exception of restitution.  Ms. Jacinto has submitted regular monthly restitution payments. Although the amount paid monthly is minimal, she is making an effort considering her employment (in-home care for her grandparents).  Ms. Jacinto has a balance of $4,800 having paid $397.00 towards her restitution and $100.00 towards her special assessment. With her supervision scheduled to expire on June 14, 2008, it is recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
**United States Probation Officer**

Dated:          October 8, 2007
                   Fresno, California
                   jtp

**REVIEWED BY:**   **/s/ Bruce A. Vasquez**
                          **BRUCE A. VASQUEZ**
                          **Supervising United States Probation Officer**

**Re:    Michelle J. Jacinto**
**       Docket Number:   1:05CR00032-01**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    October 23, 2007**                    /s/ **Oliver W. Wanger**

                                                  UNITED STATES DISTRICT JUDGE